FILED

APR 20 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NANNETTE G. HUMMEL,<br><br>      Plaintiff-Appellant,<br><br> v.<br><br>MARICOPA COUNTY ADULT PROBATION DEPARTMENT; MICHAEL CIMINO, Chief Probation Officer, Adult Probation Department, Superior Court of Arizona in and for Maricopa County, in his official capacity,<br><br>      Defendants-Appellees. | No.   21-16548<br><br>D.C. No. 2:16-cv-04381-JJT<br>District of Arizona,<br>Phoenix<br><br>ORDER |

Before: PAEZ and FORREST, Circuit Judges.

Upon further review of the record, the court's February 7, 2022 order is vacated with respect to the appointment of counsel. The court, in its discretion, denies the motion for appointment of pro bono counsel (Docket Entry No. 5). This appeal is removed from the court's pro bono program and appellant shall proceed pro se.

The motion for production of transcripts at government expense (Docket Entry No. 6) is denied as unnecessary. The Clerk will serve a copy of the trial transcripts (District Court Docket Entry Nos. 114 and 115) on appellant.

The opening brief is due June 5, 2023. The answering brief is due July 5,

MN/MOATT

2023.  The optional reply brief is due within 21 days after service of the answering brief.

Because appellant is proceeding without counsel, appellant is not required to file excerpts of record.  *See* 9th Cir. R. 30-1.3.  If appellant does not file excerpts of record, appellees "must file Supplemental Excerpts of Record that contain all of the documents that are cited in the pro se opening brief or otherwise required by Rule 30-1.4, as well as the documents that are cited in the answering brief." *Id.*